Gene W. Choe, Esq.  (SBN 187704)
Jamie Ji Yoon Kim (SBN 271898)
LAW OFFICES OF GENE W. CHOE, P.C.
3699 Wilshire Boulevard, Suite 720
Los Angeles, CA 90010
Telephone (213) 639-3888
Facsimile (213) 383-8280

Attorneys for Plaintiff, YOUNG RONG CHA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| YOUNG RONG CHA, *an individual*<br><br>    Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, *business entity unknown*; and DOES 1 through 10, Inclusive<br><br>    Defendants. | CASE NO: 2:11-cv-02266JAK<br><br>ORDER RE: VOLUNTARY DISMISSAL<br><br>[JS-6] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Notice of Voluntary Dismissal filed on May 27, 2011, and good cause appearing; therefore; IT IS HEREBY ORDERED that this case is dismissed.

Dated: May 31, 2011        By: _____
JOHN A. KRONSTADT,
UNITED STATES DISTRICT JUDGE

1
ORDER GRANTING VOLUNTARY DISMISSAL